**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Darrell Redpaint Clifford<br>Plaintiff/Petitioner,<br><br>vs.<br><br>The State of North Dakota<br><br>Defendant(s)/Respondent(s). | § | Case No. 6280<br><br>**Application to Proceed In Forma Pauperis** |

I, Darrell Clifford, declare that I am the plaintiff/petitioner

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay the full filing fee, I state that because of my poverty, I am unable to prepay the filing fee for this action; that I believe I am entitled to relief.

In further support of this application, I answer the following questions:

1. Where are you imprisoned? ND State Penitentary
2. When did you begin your imprisonment there? January 24th, 1981
3. When do you expect to be released? I am released on parole
4. Are you presently receiving an allowance or wages from the prison or jail? NO
   If YES, state the amount of your allowance or wages per month. NA

5. Have you received within the past 12 months any money from a business, profession or other type of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity, life insurance, gifts, inheritances, court award or settlement, or other sources? NO
If YES, give the amount received and identify the sources:
NA

6. What is the current balance in your prison account? $0

7. Do you own cash, or do you have money in a checking or savings account, other than a prison account? NO If YES, state the current balance: ____

8. Do you own any real estate, stocks, bonds, notes, vehicles, or other valuable property (you need not mention ordinary household and cell furnishings, such as radios, TV sets, stereo, books, etc., and personal clothing)? NO If YES, describe the property and state its approximate value: ____

I hereby authorize officials of the institution where I am incarcerated to release my financial records to the court. My identification number at this institution is 12925.

I declare under penalty of perjury that I have read the foregoing and it is true, complete and correct.

Signed this 21st day of October, 2024.

X Darrell W Clifford
(Signature of Plaintiff/Petitioner)