**Local Form C (Rev. 12/09)**

## CERTIFICATE OF INMATE ACCOUNT AND ASSETS

I certify that the applicant,______________________________________________________, has the sum of $__________ in his/her Inmate Account at this institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of this institution:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

I further certify that, during the last six months, (a) the applicant's average balance in the Inmate Account was $__________, and (b) the average of the monthly deposits to the Inmate Account was $__________. Based on the above inmate account information, I calculate that 20 percent of the greater of (a) or (b) above is $__________.

Signed this __________ day of _____________________, 20_____.

____________________________________
Authorized Officer of Institution

____________________________________
Name of Institution

____________________________________
Address of Institution

____________________________________
Address of Institution