**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: North Dakota |
|---|---|
| Name (under which you were convicted): Darrell Clifford | Docket or Case No.: 6280 |
| Place of Confinement : North Dakota State Penitentiary | Prisoner No.: 12925 |
| Petitioner (include the name under which you were convicted): Darrell Red Paint Cliffort | v. Respondent(s) (authorized person having custody of petitioner): State of North Dakota |
| The Attorney General of the State of North Dakota | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: County of Rolette Northeast Judicial District

   (b) Criminal docket or case number (if you know): 6280

2. (a) Date of the judgment of conviction (if you January 29th, 1981

   (b) Date of sentencing: January 29th, 1981

3. Length of sentence: 2 life sentences Concurrent

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: murder 2 count

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty ☐ (4) Insanity plea

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Not guily to both charges.

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☐ No

8. Did you appeal from the judgment of conviction?

☒ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: North Dakota Supreme Court

(b) Docket or case number (if you know): 6280

(c) Result: guilty

(d) Date of result (if you know): unknown

(e) Citation to the case (if you know): unknown

(f) Grounds raised: At this time unknown

(g) Did you seek further review by a higher state court? ☒ Yes ☐ No

If yes, answer the following:

(1) Name of court: North Dakota Supreme Court

(2) Docket or case number (if you know): 6280

(3) Result: guilty

(4) Date of result (if you know): ~~unknown~~ July 19th, 2023

(5) Citation to the case (if you know): unknown

(6) Grounds raised: A this time unknown

(h) Did you file a petition for certiorari in the United States Supreme Court? ❒ Yes ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): [illegible] ______

(2) Result: ______

______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ❒ Yes ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

______

______

______

______

______

______

______

______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❒ Yes ☒ No

(7) Result: unknown

(8) Date of result (if you know): ______

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: unknown

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☒ No

(7) Result: unknown

(8) Date of result (if you know): ____________

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ____________

(2) Docket or case number (if you know): ____________

(3) Date of filing (if you know): ____________

(4) Nature of the proceeding: ____________

(5) Grounds raised: ____________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☒ No

(7) Result: ____________

(8) Date of result (if you know): ____________

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☒ Yes ☐ No

(2) Second petition: ☐ Yes ☒ No

(3) Third petition: ❒ Yes ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
I did appeal to the highest State court.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Release from custody and discharge

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The conviction was obtained or the sentence was imposed in violation of the laws or the constitution of North Dakota because I was a juvenile at the time of the crime.

(b) If you did not exhaust your state remedies on Ground One, explain why: NA

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ❒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: post conviction relief application

Name and location of the court where the motion or petition was filed: (County of Rolette) NorthEast Judicial District

Docket or case number (if you know): 6280

Date of the court's decision: July 19th, 2023

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

NA

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: NA

**GROUND TWO:** The court that issued the judgement of Conviction and sentence didn't have jurisdiction over me or Subject matter

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was a juvenile at the time of crime.

(b) If you did not exhaust your state remedies on Ground Two, explain why: I did exauhst State remedies.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: post conviction relief application

Name and location of the court where the motion or petition was filed: (County of Rolette) NorthEast judicial District

Docket or case number (if you know): 6280

Date of the court's decision: July 19th, 2023

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

NA

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two NA

**GROUND THREE:** The sentence isn't authorized by law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NDCC 27-20-34(3) the new law states NDCC 27-20-34(5) as supporting facts.

(b) If you did not exhaust your state remedies on Ground Three, explain why: I did exhaust my state remedies.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ❐ No

(2) If you did not raise this issue in your direct appeal, explain why: NA

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ❐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: post conviction relief application

Name and location of the court where the motion or petition was filed: (County of Rolette) NorthEast judicial district

Docket or case number (if you know): 6280

Date of the court's decision: July 19th, 2023

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

NA

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: NA

**GROUND FOUR:** under do process of law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I never received a three day handwritten notice of the juvenile hearing

(b) If you did not exhaust your state remedies on Ground Four, explain why: I recently found this out and did not know at the time.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❒ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: did not know

(d) **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: NA

Name and location of the court where the motion or petition was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(3) Did you receive a hearing on your motion or petition? ❒ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ❒ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❒ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
NA

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: NA

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ground 4 i did not know about at the time.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
under do process of law i never recieved a 3-day handwritten notice of the juvenile hearing.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☒ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. I believe I might have.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ❐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Dave Garcia | Devils Lake, ND

(b) At arraignment and plea: Dave Garcia, Devils Lake, ND

(c) At trial: Dave Garcia, Devils Lake, ND

(d) At sentencing: Dave Garcia, Devils Lake, ND

(e) On appeal: Dave Garcia, Devils Lake, ND

(f) In any post-conviction proceeding: Kiara C. Kraus-Parr (Supreme Court State of ND) Kyle Craig (District court Rolette County)

(g) On appeal from any ruling against you in a post-conviction proceeding: NA

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ❐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

NA

(b) Give the date the other sentence was imposed: NA

(c) Give the length of the other sentence: NA

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future? ❒ Yes ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I have glacoma, and have a difficult time reading and writing. Therefore I could not find an attorney to represent me and needed assistance with filing a petition.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Release from custody and discharge, correction of illegal sentence.

or any other relief to which petitioner may be entitled.

________________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ________________ (month, date, year).

Executed (signed) on ________________ (date).

X Danielle Difford
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.