Cr. 764

1

1796 + 1800

STATE OF NORTH DAKOTA) :ss COUNTY OF ROLETTE) IN DISTRICT COURT NORTHEAST JUDICIAL DISTRICT

IN THE INTEREST OF DANIEL DENOYER, JR., AND DARRELL RED PAINT, CHILDREN

Bryant Mueller,

Petitioner,

-vs-

Daniel DeNoyer, Jr., and his father, Daniel DeNoyer, Sr., and his custodian, Frank Bell, Director of the Lighthouse of Hope,

Respondents.

Bryant Mueller,

Petitioner,

-vs-

Darrell Red Paint and his mother, Lydia Red Paint, and his custodians, the Hon. Delores Whitehead, Tribal Judge, and Frank Bell, Director of the Lighthouse of Hope,

Respondents.

STATE OF NORTH DAKOTA } ss COUNTY OF ROLETTE
Filed for record in the office of the Clerk of the District Court, Rolette Co., State of North Dakota at 4 o'clock P. M. Sept. 19 1980 and recorded on Page ____ of Book ____
Mary Sluneka
CLERK OF THE DISTRICT COURT

TESTIMONY OF JAMES METCALFE

FILED IN THE OFFICE OF THE CLERK OF SUPREME COURT MAR 9 1981 STATE OF NORTH DAKOTA

The above entitled matter came on for hearing before this Court, at the Courthouse, in the City of Devils Lake, North Dakota, on the 23rd day of July, 1980, the Hon. Douglas B. Heen, Judge, presiding.

Appearing is Arne F. Boyum, State's Attorney, Rolette County, Rolla, North Dakota, counsel for the

(44)

petitioner. Also appearing is the respondent Daniel DeNoyer, Jr., and his attorney, Neil Thompson of Devils Lake, North Dakota; Darrell Red Paint and his attorney, Dave Garcia of Devils Lake, North Dakota.

The following is a transcript only of the testimony of James Metcalfe, given in the above matter at Devils Lake, North Dakota, on July 23, 1980.

MR. BOYUM: We'll call Jim Metcalfe.

James Metcalfe, being first duly sworn to tell the truth, the whole truth, and nothing but the truth, testified as follows:

DIRECT EXAMINATION OF JAMES METCALFE

BY MR. BOYUM:

Q. Let me know if you can hear me now, Jim.

A. I will.

Q. State your name, please.

A. Jim Metcalfe.

Q. And what's your occupation, sir?

A. County Commissioner.

Q. And where do you live, Mr. Metcalfe?

A. I live a mile -- A half mile north and two miles west of the Lighthouse of Hope.

Q. And where is your residence in relation to the International Peace Garden?

A. I live a mile east and, let's see, three miles

south.
Q. And you were -- You're how far from the Lighthouse of Hope?
A. Two and a half miles.
Q. So that would be about three and a half miles from the Johnson farm; is that right?
A. They're a mile and a half from the Lighthouse of Hope, south, and -- Let's see, it would be about four miles from the Johnson farm.
Q. To your place?
A. Yes.
Q. Mr. Metcalfe, how long have you lived in that area?
A. I have lived in -- You mean in the Turtle Mountain area?
Q. Right.
A. About 60 years.
Q. And how long have you lived in the place you're at now?
A. I sold my farm at the Peace Garden and I've been living where I am now for the last five years.
Q. Are you -- Would you say you're well acquainted throughout the county and, particularly, in the Turtle Mountains?
A. I served 24 years on the ASCS Board, and I know

every farmer in the county as they had to go through our office.

Q. So you are acquainted in that entire area of the Johnson farm?

A. This is right.

Q. And your acquaintance, does that run through Indian parts as well as non-Indian?

A. Oh, yes.

Q. Mr. Metcalfe, were you also acquainted with Don and Bernice Johnson?

A. For three generations.

Q. And you're acquainted with their son Richard?

A. Yes.

Q. Mr. Metcalfe, what was the reaction of the community to the deaths of Don and Bernice Johnson?

A. Hard to believe, it was so sad, it was unbelievable. We felt like we were in a -- we had a nightmare and we were just hoping that we'd wake up and find it wasn't so. And this covers a lot of people.

Q. Does it -- Does it cover Indian people as well as white?

A. Yes. When Don's funeral was on I'm sure there must have been at least 100 Indians there as well as 200 students he taught. And there was over 400 persons at that funeral.

Q. And do you have any opinion, Mr. Metcalfe, knowing that these juveniles haven't been convicted of anything at this point, do you have any opinion as to whether they should be restrained, incarcerated or put under some type of legal restraint?
A. Do I feel like they should be?
Q. Do you have an opinion about that?
A. Yes, I do.
Q. And what is that opinion?
A. I don't believe that committing that sort of a crime that a person should ever be able to be turned loose or exposed to the public. They should be -- A person that would commit a crime like that should be confined from then on.
Q. Mr. Metcalfe, do you have an idea, generally speaking, of the feeling of the people in the Turtle Mountains, Rolette County, along that same line in that area?
A. I don't think you would find any different opinion than I've got with the exception that possibly some would feel like -- Well, I think they would like to do something about it in a maybe illegal manner in a very few cases -- an odd case -- but I'm sure that nobody feels any more bitterly than the rest of us and we all pretty much feel about the same.

Q. Are feelings running quite strong up there?
A. They ain't going to change.
Q. It's true they were running very strong right after this happened; isn't it?
A. Yes.
MR. BOYUM: I have nothing further.
THE COURT: Mr. Thompson, do you have any questions?
MR. THOMPSON: I have none, your Honor.
THE COURT: Mr. Garcia?
MR. GARCIA: None, your Honor.
THE COURT: You may stand down, sir.

* * * *

STATE OF NORTH DAKOTA)
 : C_E_R_T_I_F_I_C_A_T_E
COUNTY OF ROLETTE)

I, Arnold Strand, a duly appointed official court reporter, DO HEREBY CERTIFY that I recorded in shorthand the foregoing proceedings had and made of record at the time and place indicated.

I DO HEREBY FURTHER CERTIFY that the foregoing and attached six typewritten pages contain an accurate transcript of my shorthand notes then and there taken.

Dated at Devils Lake, North Dakota, this 10th day of September, 1980.

[signature]

Official Court Reporter