IN THE SUPREME COURT
STATE OF NORTH DAKOTA

# JUDGMENT

Supreme Court No. 20230042
Rolette County Case No. 2022-CV-00042

Appeal from the district court for Rolette County.

**Darrell Redpaint, a/k/a Darrell Red Paint,** — **Petitioner and Appellant**
**v.**
**State of North Dakota,** — **Respondent and Appellee**

[¶1] This appeal was considered by the Court at the June 2023 Term and an opinion was filed. The Court considered the matter, and

[¶2] IT IS ORDERED AND ADJUDGED that the order of the district court is AFFIRMED.

[¶3] This judgment, together with the opinion of the Court filed this date, constitutes the mandate of the Supreme Court on the date it is issued to the district court under N.D.R.App.P. 41.

Dated: July 19, 2023

By the Court:

Jon J. Jensen
Chief Justice

ATTEST:

Petra H. Mandigo Hulm
Clerk