# KRAUS-PARR LAW, pllc

**527 Demers Ave**
**Grand Forks, ND 58201**
**Phone (701) 772-8991**
**Fax (701) 795-1769**

July 19, 2023

Darrell Redpaint
c/o Missouri River Correctional Center
1800 48th Ave SW
Bismarck, ND 58506

Re: Darrell Redpaint v. State of North Dakota
Supreme Court No. 20230042
Rollette County No. 2022-CV-00042

Dear Mr. Redpaint:

Enclosed please find a copy of the Supreme Court Opinion and Judgment in the above referenced matter.

You may contact me with any questions or concerns. Thank you.

Sincerely,

Kiara Kraus-Parr
Attorney at Law

KKP/krm
Enclosure