Darrell W. Clifford
715 East Interstate Avenue,
Apt. 12, Bismarck, ND, 58503




Clerk of Courts
220 East Rosser - Room 476
PO BOX # 1193 Bismarck, ND, 58502