**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Darrell Red Paint Clifford,<br><br>Petitioner,<br><br>vs.<br><br>State of North Dakota,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Case No. 1:24-cv-220 |

Petitioner, Darrell Red Paint Clifford, filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and an Application to Proceed In Forma Pauperis. (Doc. No. 1; Doc. No. 2).

Upon review, the court **GRANTS** the Application to Proceed IFP and waives the $5.00 filing fee.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2024.

*<u>/s/ Clare R. Hochhalter</u>*
Clare R. Hochhalter, Magistrate Judge
United States District Court