UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Darrell Red Paint Clifford,

Petitioner,

[NOTE: Enter the FULL name of each Plaintiff]

vs. State of North Dakota,

Respondent.

[NOTE: Enter the FULL name of each Defendant]

**CONSENT/REASSIGNMENT FORM FOR PRO SE AND/OR PRISONER CASES**

Case No. 1:24-cv-220

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is mandatory. CHECK ONLY ONE BOX.

**Consent** ☐

Darrell Red Paint Clifford
Party Represented

> Darrell Red paint, Clifford
Signature

11/11/2024
Date

**Reassignment** ☐

Party Represented

Signature

Date

**THE CONSENT/REASSIGNMENT FORM SHOULD BE MAILED TO THE OFFICE INDICATED BELOW.**

☐ Office of the Clerk
United States District Court
655 1st Avenue North, Suite 130
Fargo, ND 58102

☑ Office of the Clerk
United States District Court
220 East Rosser Avenue
P.O. Box 1193
Bismarck, ND 58502-1193