Darrell Red Paint Clifford
715 East Interstate Ave
Bismarck, ND 58503

BISMARCK ND 585
13 NOV 2024 PM 1 L




Office of the Clerk
United States District Court
220 East Rosser Avenue
P.O. Box 1193
Bismarck, ND 58502-1193

58502-119393