Local AO 450 (rev. 1/23)

# United States District Court
***District of North Dakota***

Darrell Red Paint Clifford,

Petitioner

v.

Joseph Joyce, Warden of North Dakota State Penitentiary,

Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 1:24-cv-00220

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's Order dated 12/10/2024, Clifford's petition for habeas relief is DISMISSED as untimely. The Court finds that any appeal would be frivolous, could not be taken in good faith, and may not be taken in forma pauperis. Further, based upon the entire record before the Court, dismissal of the petition is not debatable, reasonably subject to a different outcome on appeal, or otherwise deserving of further proceedings. Therefore, a certificate of appealability will not be issued by this court. If petitioner desires further review of his petition, he may request the issuance of a certificate of appealability from the Eighth Circuit Court of Appeals.

Date: December 10, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Carla Schultz, Deputy Clerk*