I, Darrell Red Paint Clifford, am requesting the issuance of a Certificate of Appealability. This is towards the case of Darrell Red Paint Clifford V. Joseph Joyce, Warden of North Dakota State Penitentiary. The case number is 1:24-CV-00220, and the Judgement is dated December 10, 2024.

Darrell Red paint Clifford