Darrell Red Paint Clifford
715 E Interstate Ave
Bismarck, ND 58503

BISMARCK ND 585
20 DEC 2024 PM 1 L

HAPPY
FREEDOM
FOREVER USA

Office of the Clerk
United States District Court
P.O. Box 1193
Bismarck, North Dakota 58502

58502-119393