Rev. 5/2017

# AMENDED

## U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 1:24-cv-220 Darrell Red Paint Clifford vs. Joseph Joyce

Length of trial:

| | | | |
|---|---|---|---|
| Financial Status: | Fee Paid? | ☐ Yes | ☑ No |
| | If **NO**, has IFP been granted? | ☐ Yes | ☑ No |
| | Is there a pending motion for IFP? | ☐ Yes | ☑ No |
| Are there any other pending post-judgment motions? | | ☐ Yes | ☑ No |

Please identify the court reporter: ☑ No hearings held

Name:

Address:

Telephone Number:

Criminal cases only:

Is the defendant incarcerated? ☐ Yes (include address below) No ☐

Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Certificate of appealibility has been denied.