# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3631

Darrell Wayne Clifford, also known as Darrell Red Paint Clifford,

Appellant

v.

Joseph Joyce, Warden of North Dakota State Penitentiary

Appellee

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00220-CRH)

---

## ORDER

The $605 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in this court within 28 days of the date of this order. A motion for leave to proceed in forma pauperis must include a completed copy of the attached "Application to Proceed Without Prepaying Fees or Costs" or an affidavit that shows in the same detail the Appellant’s inability to pay or to give security for fees and costs. If appellant does not pay the fee or move for IFP status by January 28, 2025, this appeal may be dismissed for failure to prosecute without further notice.

December 31, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Maureen W. Gornik