**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 24-3631

---

Darrell Wayne Clifford, also known as Darrell Red Paint Clifford,

Petitioner - Appellant

v.

Joseph Joyce, Warden of North Dakota State Penitentiary

Respondent - Appellee

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00220-CRH)

---

**JUDGMENT**

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.

The motion for leave to proceed on appeal in forma pauperis is denied as moot.

The appeal is dismissed.

March 17, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler