**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 24-3631

Darrell Wayne Clifford, also known as Darrell Red Paint Clifford

Appellant

v.

Joseph Joyce, Warden of North Dakota State Penitentiary

Appellee

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00220-CRH)

---

**MANDATE**

In accordance with the judgment of March 17, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 07, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit